UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

JAMES WILLIAM WATERS, JR.,
        *Petitioner-Appellant,*

v.

No. 00-6229

WARDEN YOUNG,
        *Respondent-Appellee.*

Appeal from the United States District Court
for the Eastern District of Virginia, at Alexandria.
Claude M. Hilton, Chief District Judge.
(CA-99-1482-AM)

Submitted: November 16, 2000

Decided: December 6, 2000

Before LUTTIG, MOTZ, and KING, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

## COUNSEL

James William Waters, Jr., Appellant Pro Se. John H. McLees, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

James William Waters, Jr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). Waters has met the requirements for a certificate of appealability by demonstrating that reasonable jurists would find it debatable whether his petition states a valid claim of the denial of a constitutional right and whether the district court was correct in its procedural ruling. *Slack v. McDaniel*, 120 S. Ct. 1595, 1604 (2000).

We have reviewed the record and the district court's opinion and find that the district court neglected to consider the effect of Waters' direct appeal in calculating the date upon which Waters' convictions became final. Because Waters' direct appeal was dismissed on February 24, 1998, his convictions became final on March 26, 1998. *See* 28 U.S.C.A. § 2244(d)(1)(A); Va. Sup. Ct. R. 5:14. Taking into account that the one-year limitations period was tolled while Waters' state habeas petition was pending, we conclude that Waters' § 2254 petition was timely filed. In addition, we conclude that Waters has made a sufficient showing under *Slack* that reasonable jurists would find it debatable as to whether he has stated a valid claim of ineffective assistance of counsel in perfecting his state appeal.

Accordingly, we deny Waters' motion for counsel, grant a certificate of appealability as to his ineffective assistance of counsel claim, vacate the district court's order, and remand for further proceedings. We express no opinion as to the merits of Waters' claims. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED*